IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN M. CRUTCHFIELD,

    Petitioner,

-vs-

MICHAEL P. ATCHISON,

    Respondent.                    No. 11-cv-1022-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 7, 2013, Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice** as petitioner has failed to exhaust all of his claims in state court.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY:  *s/Sara Jennings*
                            **Deputy Clerk**

**Dated:** August 7, 2013

Digitally signed by David R. Herndon
Date: 2013.08.07 16:24:04 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT